VAN WAGNER, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Libbie Van Wagner against John Thompson, as executor, etc., of Betsey Eldridge, deceased.

PER CURIAM. Judgment modified by striking out therefrom the allowance of costs other than disbursements against the executor, and, as so modified, affirmed, without costs of this appeal. All concur, except SMITH, J., who votes for reversal.

VEAZEY v. ALLEN et al. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by James N. Veazey against Henry Allen and another. No opinion. Motion denied.

VIVIAN v. CROW et al. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Susan L. Vivian against Sarah Crow and others. No opinion. Motion granted, with $10 costs.

VOISIN v. PROVIDENCE WASHINGTON INS. CO. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Stevens Voisin against the Providence Washington Insurance Company. No opinion. Motion denied, with $10 costs. See 65 N. Y. Supp. 333.

VOLK, Respondent, v. BLAUMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by Aaron Volk against John, Henry, George, and Julius Blaumer (fictitious, etc.). No opinion. Appeal dismissed, with costs.

VOLLWEILER, Respondent, v. SAUTER, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1900.) Action by Henry Vollweiler against Gottlieb Sauter. No opinion. Judgment of the municipal court affirmed, with costs, by default.

VON ARNIM, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Otto F. Von Arnim against Harrison B. Moore. J. W. Johnson, for appellant. F. W. Aymar, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 64 N. Y. Supp. 1149.

VON SEGGERN et al. v. SCHMALZ CIGAR-MACH. CO. et al. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Arend H. Von Seggern and another against the Schmalz Cigar-Machine Company and others. No opinion. Motion granted, with $10 costs. See 63 N. Y. Supp. 1117.

WALKER, Respondent, v. MIDDLETOWN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Action by Van Wyck Walker against the Middletown Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

WALKER, Appellant, v. SHAUL, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Louisa Walker against Dater Shaul. No opinion. Judgment affirmed, with costs.

WALLACE, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by Louis H. Wallace against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

WARD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. July 11, 1900.) Action by Alfred Ward against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. C. H. Haubert, for respondent.

HASCALL, J. No sufficient reason is shown for disturbing the findings and conclusions below. Judgment and order appealed from affirmed, with costs. All concur.

WARREN CHEMICAL & MFG. CO., Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by the Warren Chemical & Manufacturing Company against James G. Smith. R. A. Breckinridge, for appellant. A. L. Furlow, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WASSON, Respondent, v. HOFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Horace Wasson and another against Katharine Hoff, impleaded, etc.

PER CURIAM. Ordered, that the order of April 23d last, and the judgment entered thereon dismissing the appeal, be amended so as to provide that the appeal be dismissed with costs, including $10 costs of the motion, unless the appellant within 10 days pays the costs of the motion, and procures a stipulation from the respondent opening the default and allowing the case and exceptions to be signed and filed, or serves motion papers for the earliest term practicable for an order opening the default, and thereafter proceeds with due diligence to have the case and exceptions signed and filed. See opinion of Williams, J., in Vandenbergh v. Mathews (decided at the present term) 65 N. Y. Supp. 365.